<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Darrell Maxwell Smith** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lytricia Smith** | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number (if known) | **25-00583-5-JNC** | |

■ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | $ 280,499.40 |
| 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $ 57,123.80 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $ 337,623.20 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 509,642.21 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $ 2,500.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 56,065.61 |
| **Your total liabilities** | $ 568,207.82 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ 6,876.20 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 7,576.30 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | **Darrell Maxwell Smith** | | |
| Debtor 2 | **Lytricia Smith** | Case number *(if known)* | **25-00583-5-JNC** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$      **991.11**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $    **2,500.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $    **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $    **0.00** |
| 9d. Student loans. (Copy line 6f.) | $    **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $    **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$    **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $    **2,500.00** |

3/07/25 2:27PM

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Darrell Maxwell Smith** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Lytricia Smith** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number | **25-00583-5-JNC** |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

| 1.1 | | |
|---|---|---|
| **2175 Robersonville Road** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Washington**   **NC**   **27889-0000** | ☐ Manufactured or mobile home | Current value of the entire property?   Current value of the portion you own? |
| City   State   ZIP Code | ■ Land | **$280,499.40**   **$280,499.40** |
| | ☐ Investment property | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Timeshare | |
| | ☐ Other _____ | **Tenancy by Entirety** |
| **Beaufort** | **Who has an interest in the property?** Check one | |
| County | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ■ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | |

Other information you wish to add about this item, such as local property identification number:

**Parcel No. 12886**
**Value based on Debtors' understanding of the current market, recent sales in the area and repairs needed while taking into consideration the current tax value less 10% for liquidation costs ($311,666.00 * 0.90=$280,499.40)**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................................=>**   | **$280,499.40** |

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | Case number *(if known)* | **25-00583-5-JNC** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

---

**3.1**

| Make: | **Oldsmobile** |
|---|---|
| Model: | **F-35 Deluxe** |
| Year: | **1965** |
| Approximate mileage: | **70,128** |

Other information:

**VIN: 335695M343004**
**Value based on JD Power Low**
**Retail due to age of vehicle**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,725.00** | **$4,725.00** |

---

**3.2**

| Make: | **Oldsmobile** |
|---|---|
| Model: | **F-85** |
| Year: | **1965** |
| Approximate mileage: | **90,474** |

Other information:

**VIN: 338375Z103570**
**Value based on JD Power Low**
**Retail due to age of vehicle**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,025.00** | **$5,025.00** |

---

**3.3**

| Make: | **Dodge RAM** |
|---|---|
| Model: | **1500 SLT** |
| Year: | **2017** |
| Approximate mileage: | **132,938** |

Other information:

**VIN: 1C6RR6LT4HS805853**
**Purchased: 3/10/2022**
**Value based on JD Power Clean**
**Condition**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$14,075.00** | **$14,075.00** |

---

**3.4**

| Make: | **GMC** |
|---|---|
| Model: | **Acadia SLE** |
| Year: | **2023** |
| Approximate mileage: | **56,197** |

Other information:

**VIN: 1GKKNKL43PZ184140**
**Purchased: 2/5/2024**
**Value based on JD Power Clean**
**Condition**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$24,075.00** | **$24,075.00** |

---

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | | Case number *(if known)* | **25-00583-5-JNC** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | Make: | **Kayo** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

**4.1**

| | | | Who has an interest in the property? Check one | |
|---|---|---|---|---|
| Make: | **Kayo** | | ☐ Debtor 1 only | |
| Model: | **AU125-2** | | ☐ Debtor 2 only | |
| Year: | **2022** | | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** |
| | | | ☐ At least one of the debtors and another | **Current value of the portion you own?** |
| Other information: | | | ☐ **Check if this is community property** (see instructions) | |
| **VIN: L6JAGJLC5N1002043 Value based on Debtor's estimate due to age and condition of ATV** | | | | $1,000.00      $1,000.00 |

**4.2**

| | | | Who has an interest in the property? Check one | |
|---|---|---|---|---|
| Make: | **Kayo** | | ☐ Debtor 1 only | |
| Model: | **AU125-2** | | ☐ Debtor 2 only | |
| Year: | **2022** | | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** |
| | | | ☐ At least one of the debtors and another | **Current value of the portion you own?** |
| Other information: | | | ☐ **Check if this is community property** (see instructions) | |
| **VIN: L6JAGJLCXN1002104 Value based on Debtor's estimate due to age and condition of ATV** | | | | $1,000.00      $1,000.00 |

**5** **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................................=>**   | **$49,900.00**

---

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

| **Refrigerator, washing machine, dryer, living room suite, bedroom suite and dining room suite.** | **$1,500.00** |
|---|---|
| **Zero Turn Riding Lawn Mower** | **$800.00** |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe.....

| **Seven (7) televisions, one (1) desktop computer, two (2) cell phones, one (1) gaming console (Playstation).** | **$1,000.00** |
|---|---|

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | Case number *(if known)* | **25-00583-5-JNC** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ■ Yes. Describe.....

| Two (2) firearms:<br>Pistol - 9mm Beretta<br>Pistol - 9mm Ruger | $200.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

| Clothes and shoes | $500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes. Describe.....

| Two (2) wedding rings (gold). | $1,400.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ■ Yes. Describe.....

| Two (2) dogs | $2.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ■ Yes. Give specific information.....

| CPAP machine | $10.00 |
|---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| $5,412.00 |
|---|

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

3/07/25  2:27PM

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | Case number *(if known)* | **25-00583-5-JNC** |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes.........................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **US Bank** | **$4.00** |
| 17.2. | **Checking** | **Wells Fargo Bank, N.A.** | **$0.00** |
| 17.3. | **Savings** | **State Employees' Credit Union** | **$25.00** |
| 17.4. | **Cash Points Global - 52027678** | **State Employees' Credit Union** | **$1.00** |
| 17.5. | **Cash Points Global - 52027686** | **State Employees' Credit Union** | **$5.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account:                Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............    Issuer name and description.

3/07/25  2:27PM

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | Case number *(if known)* | **25-00583-5-JNC** |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Nationwide** | **Lytricia B. Smith, Angela Smith and Amber Smith** | **$1,776.80** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No

3/07/25  2:27PM

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | Case number *(if known)* | **25-00583-5-JNC** |

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes. Describe each claim.........

| The debtor(s) reserve the right to amend these schedules to include and exempt as permitted by law, any pre-petition claims or assets the debtor(s) may have, the existence of which are discovered post-petition. | $0.00 |
|---|---|

35. **Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................... | **$1,811.80**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  .................................... | **$0.00**

**Part 8:**  List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................................................ | | **$280,499.40** |
| 56. **Part 2: Total vehicles, line 5** | **$49,900.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$5,412.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$1,811.80** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$57,123.80** | Copy personal property total   **$57,123.80** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$337,623.20** |

Official Form 106A/B                               Schedule A/B: Property                               page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrell Maxwell Smith** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Lytricia Smith** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number | **25-00583-5-JNC** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **CarMax Auto Finance** | Describe the property that secures the claim: | **$29,343.00** | **$24,075.00** | **$5,268.00** |

| 2.1 | CarMax Auto Finance |
|---|---|

Creditor's Name

Describe the property that secures the claim:

**2023 GMC Acadia SLE 56,197 miles
VIN: 1GKKNKL43PZ184140
Purchased: 2/5/2024
Value based on JD Power Clean
Condition**

**Attn: Managing
Agent/Officer
1200 Tuckahoe Creek
Pkwy
Richman, VA 23238**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **Automobile**

Date debt was incurred  **Opened
02/24  Last
Active 12/24**

Last 4 digits of account number  **5692**

| Debtor 1 | **Darrell Maxwell Smith** | | | Case number (if known) | **25-00583-5-JNC** |
|---|---|---|---|---|---|

First Name          Middle Name          Last Name

| Debtor 2 | **Lytricia Smith** | | |
|---|---|---|---|

First Name          Middle Name          Last Name

---

| 2.2 | **John Deere Financial** |
|---|---|

Creditor's Name

**Attn: Managing Agent/Officer**
**P.O. Box 6600**
**Johnston, IA 50131**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**   $1,233.34   $800.00   $433.34

> **Zero Turn Riding Lawn Mower**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Non-Purchase Money Security**

**Last 4 digits of account number**   0386

---

| 2.3 | **Nationwide Insurance** |
|---|---|

Creditor's Name

**Attn: Managing Agent/Officer**
**One Nationwide Plaza**
**Columbus, OH 43215**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**   2019

**Describe the property that secures the claim:**   $6,690.87   $1,776.80   $4,914.07

> **Nationwide**
> **Beneficiary: Lytricia B. Smith, Angela Smith and Amber Smith**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Loan against life insurance**

**Last 4 digits of account number**   _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor 1   **Darrell Maxwell Smith**
First Name           Middle Name            Last Name

Case number (if known)    **25-00583-5-JNC**

Debtor 2   **Lytricia Smith**
First Name           Middle Name            Last Name

---

| 2.4 | **Onemain Financial** | | **$22,490.00** | **$14,075.00** | **$8,415.00** |

Creditor's Name

**Describe the property that secures the claim:**

**2017 Dodge RAM 1500 SLT 132,938 miles**
**VIN: 1C6RR6LT4HS805853**
**Purchased: 3/10/2022**
**Value based on JD Power Clean Condition**

**Attn: Managing Agent/Officer**
**P.O. Box 142**
**Evansville, IN 47701**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Automobile**

Date debt was incurred   **Opened 06/24  Last Active 12/24**

Last 4 digits of account number   **2581**

---

| 2.5 | **Rocket Mortgage** | | **$449,885.00** | **$280,499.40** | **$169,385.60** |

Creditor's Name

**Describe the property that secures the claim:**

**2175 Robersonville Road Washington, NC 27889  Beaufort County**
**Parcel No. 12886**
**Value based on Debtors' understanding of the current market, recent sales in the area and repairs needed while taking into consideration the current tax value**

**Attn: Managing Agent/Officer**
**1050 Woodward Ave.**
**Detroit, MI 48226**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Principal Mortgage**

Date debt was incurred   **Opened 10/21  Last Active 1/01/25**

Last 4 digits of account number   **2895**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$509,642.21** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$509,642.21** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

| Debtor 1 | **Darrell Maxwell Smith** | | | Case number (if known) | **25-00583-5-JNC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Lytricia Smith** | | | | |
| | First Name | Middle Name | Last Name | | |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**Onemain Financial**
**Attn: Managing Agent/Officer**
**P.O. Box 3251**
**Evansville, IN 47731**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrell Maxwell Smith** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Lytricia Smith** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number | **25-00583-5-JNC** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Arizona Department of Child Support** | Last 4 digits of account number  **0024** | **$2,500.00** | **$2,500.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Attn: Managing Agent/Officer** | | | | |
| | **P.O. Box 40458** | When was the debt incurred? | **Opened 12/12  Last Active 05/24** | | |
| | **Phoenix, AZ 85012** | | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Family Support**

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | | |

Case number (*if known*)  **25-00583-5-JNC**

---

| 2.2 | **Beaufort County Tax Administration** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Attn: Managing Agent/Officer**
**P.O Box 633**
**Washington, NC 27889-0633**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **NC Department of Revenue** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Attn: Bankruptcy Dept.**
**Post Office Box 1168**
**Raleigh, NC 27602-1168**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (*if known*)  **25-00583-5-JNC**

---

| 4.1 | **Affirm, Inc.** | Last 4 digits of account number | **BONL** | $1,364.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**650 California St., Floor 12**
**San Francisco, CA 94108**

When was the debt incurred?  **Opened 05/22  Last Active 2/01/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **Unsecured**

---

| 4.2 | **Ashro** | Last 4 digits of account number | **1220** | $159.53 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**1112 7th Ave.**
**Monroe, WI 53566**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **Credit cards**

---

| 4.3 | **Avant/Webbank** | Last 4 digits of account number | **8054** | $345.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**222 N Lasalle St, Ste 1600**
**Chicago, IL 60601**

When was the debt incurred?  **Opened 05/22  Last Active 1/01/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **Credit Card**

---

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (*if known*)  **25-00583-5-JNC**

---

| 4.4 | **Capital One** | Last 4 digits of account number | **9050** | $2,164.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **Opened  7/25/14  Last Active 01/25**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.5 | **Capital One** | Last 4 digits of account number | **9850** | $1,148.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **Opened 11/16  Last Active 09/24**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account-Walmart**

---

| 4.6 | **Capital One** | Last 4 digits of account number | **2783** | $1,092.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **Opened 11/28/16  Last Active 1/02/25**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| Debtor 1 | **Darrell Maxwell Smith** |
|---|---|
| Debtor 2 | **Lytricia Smith** |

Case number (*if known*) **25-00583-5-JNC**

---

**4.7** | **Capital One** | Last 4 digits of account number **4470** | **$302.00**

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred? **Opened 12/16  Last Active 12/07/24**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

**4.8** | **Capital One** | Last 4 digits of account number **9292** | **$232.00**

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred? **Opened 12/16  Last Active 10/24**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Charge Account-Walmart**

---

**4.9** | **Cavalry Portfolio Services** | Last 4 digits of account number **2545** | **$2,554.73**

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**1 American Lane, Suite 220**
**Greenwich, CT 06831**

When was the debt incurred? **Opened  3/14/24  Last Active 05/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection Attorney Citibank**

---

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | Case number (*if known*) | **25-00583-5-JNC** |

---

**4.10**

| **Comenity Bank** | Last 4 digits of account number | **4421** | **$574.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
P. O. Box 182125
Columbus, OH 43218-2125**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **Opened 11/20  Last Active 01/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Charge Account-Burlington**

---

**4.11**

| **Comenity Bank** | Last 4 digits of account number | **1573** | **$152.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
P. O. Box 182125
Columbus, OH 43218-2125**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **Opened 09/24  Last Active 1/17/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Charge Account-Midas**

---

**4.12**

| **Concora Credit, Inc.** | Last 4 digits of account number | **5354** | **$1,217.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
P.O. Box 4499
Beaverton, OR 97076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **Opened 02/19  Last Active 1/01/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Credit Card**

---

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (*if known*)  **25-00583-5-JNC**

---

| 4.1 3 | **Continental Finance Company** | Last 4 digits of account number | **0285** | $975.00 |

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
4550 Linden Hill Rd., Ste. 4
Wilmington, DE 19808**

When was the debt incurred?    **Opened 11/24  Last Active 1/02/25**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 4 | **Credit One Bank** | Last 4 digits of account number | **7099** | $673.00 |

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
6801 Cimarron Rd.
Las Vegas, NV 89113**

When was the debt incurred?    **Opened 01/22  Last Active 01/25**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.1 5 | **Fortiva** | Last 4 digits of account number | **9308** | $935.00 |

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
P.O. Box 105555
Atlanta, GA 30348**

When was the debt incurred?    **Opened 10/19  Last Active 01/23**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor 1   **Darrell Maxwell Smith**
Debtor 2   **Lytricia Smith**

Case number (*if known*)   **25-00583-5-JNC**

---

| 4.16 | **Future Financial Services, LLC** | Last 4 digits of account number | **6634** | **$8,376.00** |

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
3009 S. Memorial Dr.
Greenville, NC 27834**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Opened 05/24  Last Active 01/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Note Loan**

---

| 4.17 | **Genesis Bank** | Last 4 digits of account number | **1385** | **$1,144.00** |

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
P.O. Box 4477
Beaverton, OR 97076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Opened 10/24  Last Active 1/01/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.18 | **Genesis Bank** | Last 4 digits of account number | **6861** | **$514.00** |

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer
P.O. Box 4477
Beaverton, OR 97076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **Opened 10/24  Last Active 1/01/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (*if known*)   **25-00583-5-JNC**

---

| 4.19 | **Genesis Bank** | Last 4 digits of account number | **1789** | $437.00 |
|------|------------------|-------------------------------|----------|---------|

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer**
**P.O. Box 4477**
**Beaverton, OR 97076**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **Opened 11/22  Last Active 12/02/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.20 | **Internal Revenue Service** | Last 4 digits of account number | | $2,000.00 |
|------|------------------------------|-------------------------------|--|----------|

Nonpriority Creditor's Name

**Department of the Treasury**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **2016 & 2017 taxes combined**

---

| 4.21 | **Jefferson Capital Systems, LLC** | Last 4 digits of account number | **7003** | $2,867.00 |
|------|-----------------------------------|-------------------------------|----------|-----------|

Nonpriority Creditor's Name

**Attn: Managing Agent/Officer**
**200 14th Ave. E.**
**Sartell, MN 56377**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **Opened 03/23  Last Active 08/22**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account- Fingerhut Advantage**

---

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (if known)  **25-00583-5-JNC**

---

| 4.2 2 | **Jefferson Capital Systems, LLC** | Last 4 digits of account number | **6003** | **$1,124.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer
200 14th Ave. E.
Sartell, MN 56377**
Number Street City State Zip Code

When was the debt incurred?   **Opened 11/23  Last Active 04/23**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring Company Account-Fortiva Credit Card**

---

| 4.2 3 | **LVNV Funding, LLC** | Last 4 digits of account number | **9617** | **$2,906.81** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer
P.O. Box 10497
Greenville, SC 29603**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/23  Last Active 05/23**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring Company Account- Credit One Bank N.A.**

---

| 4.2 4 | **LVNV Funding, LLC** | Last 4 digits of account number | **5485** | **$1,278.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer
P.O. Box 10497
Greenville, SC 29603**
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/23  Last Active 07/22**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factoring Company Account- Webbank Fingerhut**

---

Debtor 1   **Darrell Maxwell Smith**
Debtor 2   **Lytricia Smith**

Case number (if known)   **25-00583-5-JNC**

---

| 4.2 5 | **Mariner Finance** | Last 4 digits of account number | **7321** | **$2,924.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**8211 Town Center Drive**
**Nottingham, MD 21236**

When was the debt incurred?   **Opened 07/24  Last Active 12/24**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Unsecured personal loan**

---

| 4.2 6 | **Merrick Bank** | Last 4 digits of account number | **0506** | **$974.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 9201**
**Old Bethpage, NY 11804**

When was the debt incurred?   **Opened 09/24  Last Active 01/25**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.2 7 | **Midland Credit Management** | Last 4 digits of account number | **5742** | **$2,896.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 939069**
**San Diego, CA 92193**

When was the debt incurred?   **Opened 02/23  Last Active 07/22**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Factoring Company Account- Webbank**

---

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (*if known*)  **25-00583-5-JNC**

---

**4.28**

**Midland Credit Management**
Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 939069**
**San Diego, CA 92193**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **4340**                    **$839.00**

When was the debt incurred?   **Opened 12/23  Last Active 5/31/24**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account- Credit One Bank N.A.**

---

**4.29**

**Montgomery Ward**
Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**1112 7th Ave**
**Monroe, WI 53566**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1290**                    **$1,370.33**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card**

---

**4.30**

**Radius Global Solutions**
Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 390916**
**Minneapolis, MN 55439**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0139**                    **$200.34**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection agent for Masseys**

---

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (*if known*)  **25-00583-5-JNC**

---

| 4.3 1 | **Target Card Services** | Last 4 digits of account number | **1265** | $211.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 9475**
**Minneapolis, MN 55440**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/16  Last Active 1/01/25**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.3 2 | **Time Financing Service** | Last 4 digits of account number | **0700** | $9,268.41 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**1308 Carolina Ave.**
**Washington, NC 27889**
Number Street City State Zip Code

When was the debt incurred?  **Opened 09/24  Last Active 12/24**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured personal loan**

---

| 4.3 3 | **US Bank Trust National Association** | Last 4 digits of account number | **4288** | $529.46 |

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

When was the debt incurred?  **Opened 08/16  Last Active 12/02/24**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1  **Darrell Maxwell Smith**
Debtor 2  **Lytricia Smith**

Case number (*if known*)  **25-00583-5-JNC**

---

| 4.3 4 | **US Cellular** | Last 4 digits of account number | **8A04** | $160.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**PO Box 371345**
**Pittsburgh, PA 15250-7345**
Number Street City State Zip Code

When was the debt incurred?   **Last Active  1/03/25**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Cellular phone bill**

---

| 4.3 5 | **Verizon Wireless Bankruptcy Admin.** | Last 4 digits of account number | **0001** | $1,463.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**500 Technology Dr., Ste. 599**
**Weldon Springs, MO 63304**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/16  Last Active 5/29/22**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.3 6 | **Wells Fargo Bank NA** | Last 4 digits of account number | **4663** | $324.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**1 Home Campus MAC X2303-01a**
**Des Moines, IA 50328**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/19/15  Last Active 1/07/25**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1 **Darrell Maxwell Smith**
Debtor 2 **Lytricia Smith**

Case number (if known) **25-00583-5-JNC**

| | |
|---|---|
| **4.37** | |

**Zion's Debt Holdings, LLC**
Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**P.O. Box 878**
**Spanish Fork, UT 84660**
Number Street City State Zip Code

Last 4 digits of account number **6122**          **$372.00**

**When was the debt incurred?**  **Opened  7/27/23  Last Active 03/22**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Brinks Home Security**

---

### Part 3:  List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Credit One Bank**
**Attn: Managing Agent/Officer**
**6801 Cimarron Rd.**
**Las Vegas, NV 89113**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Credit One Bank**
**Attn: Managing Agent/Officer**
**6801 Cimarron Rd.**
**Las Vegas, NV 89113**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Fingerhut**
**Attn: Managing Agent/Officer**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Fingerhut Advantage**
**Attn: Managing Agent/Officer**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Fortiva**
**Attn: Managing Agent/Officer**
**P.O. Box 105555**
**Atlanta, GA 30348**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Massey's**
**Attn: Managing Agent/Officer**
**1112 7th Ave**
**Monroe, WI 53566**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

| Debtor 1 | **Darrell Maxwell Smith** | | |
|---|---|---|---|
| Debtor 2 | **Lytricia Smith** | Case number (if known) | **25-00583-5-JNC** |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WebBank** | Line **4.27** of (Check one): |
| **Attn: Managing Agent/Officer** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **215 S. State St., Suite 1000** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Salt Lake City, UT 84111** | |

Last 4 digits of account number

---

**Part 4:**  Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 2,500.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 2,500.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 56,065.61 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 56,065.61 |

**Fill in this information to identify your case:**

Debtor 1    **Darrell Maxwell Smith**
First Name    Middle Name    Last Name

Debtor 2    **Lytricia Smith**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number    **25-00583-5-JNC**
(if known)

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Darrell Maxwell Smith**    X **/s/ Lytricia Smith**
**Darrell Maxwell Smith**    **Lytricia Smith**
Signature of Debtor 1    Signature of Debtor 2

Date  **March 7, 2025**    Date  **March 7, 2025**

In re   **Darrell Maxwell Smith**
       **Lytricia Smith**                                    Case No. _____

                              Debtor(s)

### FORM 106DEC DECLARATION ABOUT AN INDIVIDUAL DEBTOR'S SCHEDULES
**Attachment A**

Inclusion of any debt listed on Schedules D, E, or F shall not be construed as an admission as to its validity including but not limited to the propriety/amount of charges/fees, interest rate or standing to assert a claim based on the alleged debt.

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Darrell Maxwell Smith**
       **Lytricia Smith**

_____
                                    Debtor(s)

Case No.   **25-00583-5-JNC**
Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **March  7, 2025**

**/s/ Darrell Maxwell Smith**
**Darrell Maxwell Smith**
Signature of Debtor

Date:   **March  7, 2025**

**/s/ Lytricia Smith**
**Lytricia Smith**
Signature of Debtor

Date:   **March  7, 2025**

**/s/ Richard L. Cannon, III**
Signature of Attorney
**Richard L. Cannon, III**
**Cannon Law Offices, PLLC**
**300 East Arlington Blvd., Suite 5**
**P.O. Drawer 8425**
**Greenville, NC 27858**
**(252) 355-2010   Fax: (252) 355-2994**

Affirm, Inc.
Attn: Managing Agent/Officer
650 California St., Floor 12
San Francisco, CA 94108

Arizona Department of Child Support
Attn: Managing Agent/Officer
P.O. Box 40458
Phoenix, AZ 85012

Ashro
Attn: Managing Agent/Officer
1112 7th Ave.
Monroe, WI 53566

Avant/Webbank
Attn: Managing Agent/Officer
222 N Lasalle St, Ste 1600
Chicago, IL 60601

Beaufort County Tax Administration
Attn: Managing Agent/Officer
P.O Box 633
Washington, NC 27889-0633

Capital One
Attn: Managing Agent/Officer
P.O. Box 30285
Salt Lake City, UT 84130

CarMax Auto Finance
Attn: Managing Agent/Officer
1200 Tuckahoe Creek Pkwy
Richman, VA 23238

Cavalry Portfolio Services
Attn: Managing Agent/Officer
1 American Lane, Suite 220
Greenwich, CT 06831

Comenity Bank
Attn: Managing Agent/Officer
P. O. Box 182125
Columbus, OH 43218-2125

Concora Credit, Inc.
Attn: Managing Agent/Officer
P.O. Box 4499
Beaverton, OR 97076

Continental Finance Company
Attn: Managing Agent/Officer
4550 Linden Hill Rd., Ste. 4
Wilmington, DE 19808

Credit One Bank
Attn: Managing Agent/Officer
6801 Cimarron Rd.
Las Vegas, NV 89113

Fingerhut
Attn: Managing Agent/Officer
6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut Advantage
Attn: Managing Agent/Officer
6250 Ridgewood Road
Saint Cloud, MN 56303

Fortiva
Attn: Managing Agent/Officer
P.O. Box 105555
Atlanta, GA 30348

Future Financial Services, LLC
Attn: Managing Agent/Officer
3009 S. Memorial Dr.
Greenville, NC 27834

Genesis Bank
Attn: Managing Agent/Officer
P.O. Box 4477
Beaverton, OR 97076

Internal Revenue Service
Department of the Treasury
Post Office Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Managing Agent/Officer
200 14th Ave. E.
Sartell, MN 56377

John Deere Financial
Attn: Managing Agent/Officer
P.O. Box 6600
Johnston, IA 50131

LVNV Funding, LLC
Attn: Managing Agent/Officer
P.O. Box 10497
Greenville, SC 29603

Mariner Finance
Attn: Managing Agent/Officer
8211 Town Center Drive
Nottingham, MD 21236

Massey's
Attn: Managing Agent/Officer
1112 7th Ave
Monroe, WI 53566

Merrick Bank
Attn: Managing Agent/Officer
P.O. Box 9201
Old Bethpage, NY 11804

Midland Credit Management
Attn: Managing Agent/Officer
P.O. Box 939069
San Diego, CA 92193

Montgomery Ward
Attn: Managing Agent/Officer
1112 7th Ave
Monroe, WI 53566

Nationwide Insurance
Attn: Managing Agent/Officer
One Nationwide Plaza
Columbus, OH 43215

NC Department of Revenue
Attn: Bankruptcy Dept.
Post Office Box 1168
Raleigh, NC 27602-1168

Onemain Financial
Attn: Managing Agent/Officer
P.O. Box 142
Evansville, IN 47701

Onemain Financial
Attn: Managing Agent/Officer
P.O. Box 3251
Evansville, IN 47731

Radius Global Solutions
Attn: Managing Agent/Officer
P.O. Box 390916
Minneapolis, MN 55439

Rocket Mortgage
Attn: Managing Agent/Officer
1050 Woodward Ave.
Detroit, MI 48226

Target Card Services
Attn: Managing Agent/Officer
P.O. Box 9475
Minneapolis, MN 55440

Time Financing Service
Attn: Managing Agent/Officer
1308 Carolina Ave.
Washington, NC 27889

US Bank Trust National Association
Attn: Managing Agent/Officer
P.O. Box 5229
Cincinnati, OH 45201

US Cellular
Attn: Managing Agent/Officer
PO Box 371345
Pittsburgh, PA 15250-7345

Verizon Wireless Bankruptcy Admin.
Attn: Managing Agent/Officer
500 Technology Dr., Ste. 599
Weldon Springs, MO 63304

WebBank
Attn: Managing Agent/Officer
215 S. State St., Suite 1000
Salt Lake City, UT 84111

Wells Fargo Bank NA
Attn: Managing Agent/Officer
1 Home Campus MAC X2303-01a
Des Moines, IA 50328

Zion's Debt Holdings, LLC
Attn: Managing Agent/Officer
P.O. Box 878
Spanish Fork, UT 84660